Inc., and Others, Defendants, Impleaded with Jacob Altman and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Maria Dimilio, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York, Respondent, v. Charles Smith, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch, J., dissents.

Paramount Discount Corporation, Respondent, v. Daniel Reisman, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Joseph Kaufman, Respondent, v. Max Fischthal, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Edmund Van Ness Heermance, an Attorney.— Reference ordered to Hon. Charles L. Guy, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Irving Dolen for an Examination of Voting Machines, etc.— Motion granted and stay continued until re-examination applied for is concluded. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of James Butler against Joseph Warren, Police Commissioner, etc.— Motion denied and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of Meyer Vesell and Others, Appellants, against William E. Walsh, Chairman of the Board of Standards and Appeals, and Others, Respondents.—Appeal by petitioner, Georgetown Holding Co., Inc., withdrawn, without costs. Order appealed from by Meyer Vesell and Samuel Levy affirmed, with ten dollars costs and disbursements to the respondents against the appellants. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Huron Steamship Company, Inc., Appellant, v. United States Shipping Board Emergency Fleet Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Mae V. O'Gara, Appellant, v. Morris Frankel and Others, Individually and as Copartners, etc., Respondents.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

May & Loeb, Inc., Appellant, v. Powers Reproduction Corporation, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

The People of the State of New York, Respondent, v. Anthony Catansarita, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Rachel Cohen, Appellant, v. Adolph L. Gotthelf and Others, Defendants, Impleaded with Estate of George Fennell, Inc., and Another, Respondents.—